932

No. 04–5715. PRUITT v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5717. JOHNSTON v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 04–5719. FLEMING v. GOOD, ACTING SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5728. BURDAN v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–5729. BEDARD v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 04–5735. RAMIREZ BARRON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5736. HARSHMAN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–5741. CONATZER v. MEDICAL PROFESSIONAL BUILDING SERVICES CORP. C. A. 10th Cir. Certiorari denied.

No. 04–5742. CALHOUN-EL v. KAVANAGH ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5743. ROTH v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 04–5744. RUCKER v. SANTA CLARA COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5747. JOHNSON v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 04–5748. JACOBS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 04–5749. LEWIS v. EARLY, WARDEN. C. A. 9th Cir. Certiorari denied.